DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WERTZ v. WERTZ

No. 199P85.

Case below: 73 N.C. App. 701.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 August 1985.

WILLIAMS v. BURLINGTON INDUSTRIES, INC.

No. 436PA85.

Case below: 75 N.C. App. 273.

Petition by respondent-appellees for discretionary review under G.S. 7A-31 allowed 19 September 1985.